# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTHONY MARSHALL
ADC #134079                                                    PLAINTIFF

v.                        No. 4:17-cv-595-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN, FCDC;
and GARY ANDREWS, Lieutenant,
FCDC                                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 3, adopted as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Beyond the IFP form/filing fee omission, Marshall hasn't kept his address updated with the Clerk. № 4 & № 5. The complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2017