IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MARSHALL
ADC #134079                                                      PLAINTIFF

v.                          No. 4:17-cv-595-DPM

MONTE MUNYAN, Nurse/LPN,
Faulkner County Detention Center;
KAREN GRANT, Nurse/LPN, FCDC;
and GARY ANDREWS, Lieutenant,
FCDC                                                             DEFENDANTS

## JUDGMENT

Marshall's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

15 November 2017